# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Marco D. Keitt, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No. 0:18-01462-JMC |
| S.C. Dept. of York, S.C. Dept. of Social Services, State of S.C., and County of York, | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges to dismiss.

Date: November 14, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*